UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAULA BROMBERG, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV1460 JCH |
| ) | |
| DILLARD'S, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Extend the Deadline to Submit Plaintiff's Rule 26(a)(2) Expert's Report, filed March 24, 2008. (Doc. No. 35). Upon consideration, the Court will grant Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend the Deadline to Submit Plaintiff's Rule 26(a)(2) Expert's Report (Doc. No. 35) is **GRANTED**, and Plaintiff is granted until **Wednesday, April 30, 2008**, within which to disclose all expert witnesses and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P. Plaintiff shall make her expert witnesses available for depositions, and have depositions completed, no later than **May 30, 2008**.

**IT IS FURTHER ORDERED** that Defendants shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **June 2, 2008**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **July 3, 2008**.

**IT IS FURTHER ORDERED** that the parties shall complete **all** discovery in this matter no later than **July 11, 2008**.

**IT IS FURTHER ORDERED** that this case shall be referred to alternative dispute resolution on **July 14, 2008**, and that reference shall terminate on **July 31, 2008**.

**IT IS FURTHER ORDERED** that any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or, if applicable, motions to exclude testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) or Kuhmo Tire Co. Ltd. v. Carmichael, 526 U.S. 137 (1999), must be filed no later than **August 1, 2008**. Any response shall be filed no later than **August 28, 2008.** Any reply shall be filed no later than **September 4, 2008**.

**IT IS FURTHER ORDERED** that all other provisions of this Court's Amended Case Management Order remain in effect.

Dated this 26th day of March, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE